U.S. DISTRICT COURT
EASTERN DISTRICT · WI
FILED

2017 JUL 31 P 12: 44

STEPHEN C. DRIES
CLERK

# COMPLAINT

### (for non-prisoner filers without lawyer)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

**Santos Tase-Soto**

_____

_____

_____

v.

(Full name of defendant(s))

**Jose Botello**

_____

**Roosevelt Holt**

_____

**Martin Mezei**

_____

Case Number:

**17-C-1052**

(to be supplied by Clerk of Court)

---

A.    PARTIES

1.    Plaintiff is a citizen of _____**Wisconsin**_____ and resides at
                                              (State)

**1923 W. Greenfield Ave. Apt 5, Milwaukee, WI 53203**
_____
                                    (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant ____**Jose Botello**_____
                                                                    (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____Wisconsin_____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Angelo Falluca 3301 W. Canal St., Milwaukee, WI, 53208_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Please refer to addendum

Complaint – 2

## Statement of Claim

A) My rights were violated by José Botello, Roosevelt Holt and Martin Mezei.

B) Over the years 2012 and 2013 supervisor Jose Botello repeatedly haunted me repeating in my ears "with old men the lines do not run". Me being one of the two older people who worked directly on the production lines, this caused me a lot of depression and stress for how humiliated I felt.

C) At the end of 2013 he took me to his office to inform me that I was going to receive a 10.22% increase in my salary that would be reflected on the next check. However, instead of the increase, my salary was lowered from $9.25 to $9 per hour. And when I complained about his actions against me, he replied: "You do not even know how to put soap on the machine, nor the chemicals on the machines at the time of cleaning, and you were also transferred to the second shift." Even while on second shift I worked until ten or eleven and there was no reason for him to lower $0.25 cents instead of giving me the increase that was given to all workers, except me who had five years of experience working for companies that specialized in processing food for human consumption, including my work for three and a half years in Palermo's and two years as a temporary worker in the same company, in addition to having worked for three years in sanitation at Emmpak Food on Canal Street.

D) I then decided to inform Mrs. Laura Johnson, Vice President of Human Resources at Palermo's company and the Director of Plant Manager Donald J. Betters, direct boss of José Botello, this humiliating actions against me. They met with him and after that meeting, he intercepted me in the warehouse and said, "I did not know you were so well connected; But if I wanted to, I would create a problem for the company right now, passing over to the side of the strikers, because I have my friend Primitivo there, and with what I know from them, we could destroy the company; But I'm not going to do it just for one person who is the only one who is good of all the Fallucos, because you can feel his sincerity from a single handshake, I mean Angelo, because of him, I wont do it."

E) After this meeting of Laura and Botello's boss with him, he was dismissed for three days; I do not know if this was due to my complaints or for other reasons.

F) When he returned from this punishment, I went right back to where I was working and he commented: "Look if I get fired from here, I already have a company in Franklin that will hire me for $90,000.00 a year and you will remain the same. "

G) When I was fired on November 18, 2015, although I was physically facing two other people, Roosevelt Holt and Martin Mezei; I immediately thought that this was another action of José Botello against me; I saw this coming since Roosevelt and Martin were trained by Botello and in the end my dismissal was the payment of them to him for his training, because they did not use interpreters. They did not take

me to the office to ask for any explanation for what happened that fateful day. There was no reason for me to be expelled for insubordination. For I alone was claiming my right to have no one put my security at risk in my area of work. They did not listen, not even Angelo Falluca, Botello's friend, would hear reason. His most sincere friend of the entire Falluca family protected Botello all along. And it is because of the fact that Laura and Donald J Betters listened to my complaints and after they had sanctioned Botello for his actions against me that they passed them to retirement or other positions of lower rank. It is for all these actions that I request that all this be exposed before a jury.

H) And for the high point, a month or two after I was fired, this Mr. Jose Botello makes a phone call that was a surprise and a novelty for me, his second to last mockery and humiliation. I just wanted him to tell me "I told him to do it" because, supposedly, his call was to help me by telling me how he did it so they would not dismiss him from the company and that I could take the same actions. What he suggested in his call from his cell phone; (414)403-3784 at the beginning of 2016 was that I did the same as he had done because he did not understand because they had fired me, that in his view, there was no reason why they had done that to me, who had helped the company so much and textually said to me: "call Mr. Lance Garceau, the Director of Human Resources and scare him saying that you will sue him, that is what I did and it worked" he said: "I did it through my lawyer and look at me here I am." So I told him, "Connect me with your lawyer so I try to do the same thing, because all the lawyers I talk to seem to be friends of the Falluca, they do not want to take my case." And he answered me: "It's not going to be possible to use my lawyer for obvious reasons, they would think that I am helping you and I would be in trouble, because they already know him so I recommend that you continue searching. "

I) This year around the month of May or June of 2017 I saw Mr. Botello in front of the sports field at the corner of Forest Home and 43rd St. at Jackson Park. He greeted me and said "It was unfair what they did to you, you were only stressed and depressed, look at me, they raised me to the high position I had before, I am happy, take care."

I have evidence and if Laura and Donald J Betters want to testify, justice will be done.



Complaint – 3

Case 2:17-cv-01052-JPS    Filed 07/31/17    Page 5 of 7    Document 1

## C. JURISDICTION

◉ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

◯ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

No amount of money could pay for the sufferings, nor the humiliations to which I

was subjected by these three supervisors, particularly Jose Botello and Roosevelt

because the other, this Mr. Martin M. was only an instrument of them as the hammer

in his hands to make me hurt. I ask that all the expenses be paid for medical check-ups

to expose the physical and mental damages that my actions caused, as well as a

compensation of $ 1,000,000.00 {one million dollars} for those long years of

suffering that all of them submitted me to.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

◉ – YES          ◯ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____31____ day of _____July_____ 20__17__.

Respectfully Submitted,

_Santos Casodeto_

Signature of Plaintiff

(414)507-1504

Plaintiff's Telephone Number

_____

Plaintiff's Email Address

1923 W. Greenfield Ave

Milwaukee, WI 53204 Apt. 5

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

◉    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

◯    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5