# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SANTOS TASE-SOTO,

    Plaintiff,

v.

JOSÉ BOTELLO, ROOSEVELT HOLT, and MARTIN MEZEI,

    Defendants.

Case No. 17-CV-1052-JPS

**ORDER**

  Plaintiff, Santos Tase-Soto, filed a *pro se* complaint alleging that Defendants discriminated against him based on his age while at work. (Docket #1). The Court dismissed his complaint in an order dated August 7, 2017, noting that Plaintiff failed to allege facts sufficient to state any cognizable federal claims. (Docket #4). Plaintiff was afforded until August 21, 2017, to submit an amended complaint curing the deficiencies the Court identified. *Id.* at 6–7. He was warned that failure to file an amended complaint would result in dismissal of this action. *Id.* at 7. Nevertheless, the August 21, 2017 deadline has passed and Plaintiff has filed nothing. As a result, the Court will dismiss this action for Plaintiff's failure to prosecute the same. Civ. L. R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

  Accordingly,

  **IT IS ORDERED** that this action be and the same is hereby **DISMISSED** for Plaintiff's failure to prosecute.

  The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 23rd day of August, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge